

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2020

No. 04-20-00141-CV

Christopher **MANGO,**
Appellant

v.

Jan **JARZABEK,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00731
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

This is an appeal of a final judgment of a county court in an eviction suit. Appellants have filed a document entitled "Stop Eviction Writ of Possession Notice" which we construe as a motion requesting that we stay the judgment of eviction. This court is not, however, authorized to stay the county court's judgment pending this appeal under any circumstances "unless, within 10 days of the signing of the judgment, the appellant file[d] a supersedeas bond in an amount set by the county court." *See* TEX. PROP. CODE ANN. § 24.007(a); *see also* TEX. R. CIV. P. 510.13. Because neither the clerk's record nor the appellant's motion reflects that a supersedeas bond was filed by appellants within ten (10) days of the judgment, we must DENY appellants' motion to stay eviction.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court